IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>IWONA KRYSTYNA GARWACKI<br><br>Debtor. | CHAPTER 7 BANKRUPTCY<br><br>CASE NO. 24-80434 |

## NOTICE OF MOTION TO APPROVE COMPROMISE
## OF A CONTROVERSY PER RULE 9019

Notified via Electronic filing:       Attorney Thaddeus Gauza
                                       Patrick S. Layng - Office of the U.S. Trustee
Notified via U.S. Postal Service:     See attached service list.

PLEASE TAKE NOTICE that on **January 8, 2025, at 11:00 a.m.**, I will appear before the Honorable Thomas Lynch, or any judge sitting in that judge's place, **either** in Courtroom 3100 of the U.S. Bankruptcy Court, Western Division, 327 South Church Street, Rockford, Illinois 61101, **or** electronically as described below, and present the **Trustee's Motion to Approve Compromise of a Controversy Pursuant to Rule 9019**, a copy of which is attached.

**Important:** Only parties and their counsel may appear for the presentment of the motion electronically using Zoom for Government. All others must appear in person.

You may appear electronically by video or by telephone.

- **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

- **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

- **Meeting ID and password.** The meeting ID for this hearing is 160 291 5226 and the password is 852255. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: December 4, 2024           /s/ *Brian A. Hart*
                                   Brian A. Hart, Attorney at Law
                                   5702 Elaine Drive, Suite 204, Rockford, IL 61108-2475
                                   (815) 708-0234 | Brian@rockfordbankruptcy.com

## CERTIFICATE OF SERVICE

I, Colleen M. Lemek,

☐ an attorney, certify
   - or -
☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on December 4, 2024, at or before 5:00 p.m.

                                   /s/ *Colleen M. Lemek*

BCU
Attn: Bankruptcy
PO Box 8133
Vernon Hills, IL 60061-8133

GATEWAY 509 LLC
6600 Mannheim Rd., Suite 100
Rosemont, IL 60018

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176-0379

CITIBANK
PO BOX 790034
ST LOUIS, MO 63179-0034

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

VILLAGE BANK &TRUST .NA
9801 W HIGGINS RD SUITE 400
Des Plaines, IL 60018-4704

BMO Harris Bank
Attn: Bankruptcy
99 W Washington St
Chicago, IL 60602-2998

FIVE LAKES LAW GROUP
PO BOX 8280
Philadelphia, PA 19101-8280

CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON, RI 02919-1922

CO MORTGAGE
10561 TELEGRAPH RD
Glen Allen, VA 23059-4577

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

BAXTER CREDIT UNION
COLLECTION DEPARTMENT
PO BOX 8133
VERNON HILLS, IL 60061-8133

Barclays
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899-8801

IWONA KRYSTYNA GARWACKI
841 OCEOLA DR
Algonquin, IL 60102-2971

Barclays Bank Delaware
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801-5014

BMO Bank N.A.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Costco Citi Card
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117-6500

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 BANKRUPTCY |
| IWONA KRYSTYNA GARWACKI | CASE NO. 24-80434 |
| Debtor. | Judge Thomas M. Lynch |

### MOTION TO APPROVE COMPROMISE OF A CONTROVERSY WITH THE DEBTOR PER RULE 9019

NOW COMES the Trustee, Joseph D. Olsen, by his attorney, Brian A. Hart, and for his Motion to Compromise a Controversy between the Bankruptcy Estate and the Debtor, Iwona Garwacki, involving the pre-petition fraudulent transfer of real estate, pursuant to Bankruptcy Rule 9019 and in support thereof, states as follows:

1. That the Debtor, Iwona Krystyna Garwacki, filed her Chapter 7 bankruptcy petition on April 3, 2024; and

2. That Joseph D. Olsen is the case Trustee.

<u>The Controversy</u>

3. That within one year of the filing of the bankruptcy petition, the Debtor transferred the real estate commonly known as 841 Osceola Drive, Algonquin, Illinois 60102 to Parkway Bank and Trust Company as Trustee of Land Trust No. 16765 with the Debtor and Andrew P. Bauer as Beneficiaries of Land Trust No. 16765.

4. At the time of the transfer there was equity in the real property in excess of the allowed homestead exemption.

5. The Trustee asserts the above-described transfer is avoidable under statutory and legal predicates of the United States Bankruptcy Code including §§ 544, 548, 550, 551 and Rule 7001, et seq. of the Federal Rules of Bankruptcy Procedure.

6. The Debtor has asserted various defenses to the Trustee's claim of fraudulent transfer.

7.  The date by which creditors must file claims has passed.

8.  The Trustee recognizes the difficulty in selling an occupied residence, the uncertainty of the eventual sale price, the necessity of paying off a prior first recorded mortgage, the time and expense of proceeding with the sale of the underlying residence and the litigation required to defeat the various defenses.

### The Compromise

9.  To resolve the issue, the Debtor has agreed to turn over to the estate the sum of $22,500.00 in full and complete satisfaction of the Trustee's claim of a fraudulent transfer described herein.

10. Said payment shall be made in full on or before December 20, 2024.

11. The Trustee desires to accept the foregoing compromise in that the cost and expense of litigation are saved, the uncertainty of the eventual proceeds from sale of the real estate is resolved, and a meaningful distribution to creditors would result from this compromise.

12. Most significantly, the Trustee believes the compromise will provide for the full or near full payment of all allowed timely claims and further pursuit of this matter will not yield any further benefit to the Estate.

13. The comments set forth in this motion are for purposes of explaining the benefits of the proposed compromise. They do not constitute admissions by the Trustee in this or any other adversary proceeding, and the Trustee reserves all rights available to the Estate if the compromise is not approved.

WHEREFORE, the Trustee, Joseph D. Olsen, requests authority to accept the net sum of $22,500.00 as and for the Trustee's claim against the Debtor for the fraudulent transfer of the real property, and for such other and further relief as this Court deems just.

JOSEPH D. OLSEN, Trustee
By: Brian A. Hart, his attorney
By:   /s/ Brian A. Hart

Prepared by:
Brian A. Hart, Attorney at Law
5702 Elaine Drive, Suite 204, Rockford, IL 61108-2475
(815) 708-0234 | Brian@rockfordbankruptcy.com